GEORGE B. WORDEN *vs.* FREDERICK HITTER.

May 28, 1886.

*Held*, that the record discloses no error, and that the verdict was justified by the evidence.

Plaintiff brought this action in the district court for Wright county, to recover for wheat sold and money lent. At the trial before *Lochren*, J., the plaintiff had a verdict. A new trial was refused, and defendant appeals from the judgment.

*Edwin B. Preble* and *Robinson & Baker*, for appellant.

*James C. Tarbox*, for respondent.

MITCHELL, J. There is nothing in this appeal. The issues, which were purely of fact, were fairly submitted to the jury, and the verdict is justified by the evidence. The only exception taken during the trial and here urged was to the admission of evidence as to what plaintiff got for No. 1 hard wheat at Elk River. This was competent for the reason that evidence had previously been introduced tending to prove that the price defendant was to give plaintiff was to be fixed with reference to the price the latter received at Elk River. But, in any view of the case, the admission of this evidence was without prejudice. There was no conflict as to the price of No. 1 hard or any other grade of wheat. The controversy on the trial was wholly as to the *grade* of the wheat which plaintiff delivered to defendant.

Judgment affirmed.